■ CAROL A. SANTILLO, Respondent, v THOMAS J. SANTILLO, Appellant. (Appeal No. 2.) [63 NYS3d 916]—Appeal from an order of the Supreme Court, Monroe County (James J. Piampiano, J.), entered November 7, 2016. The order denied defendant's motion for, inter alia, leave to renew his prior motion to vacate the qualified domestic relations order entered in February 1996.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Santillo v Santillo* ([appeal No. 1] 155 AD3d 1688 [2017]). Present—Whalen, P.J., Peradotto, DeJoseph, NeMoyer and Troutman, JJ.